## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SPENCER  T.  CRUMBSIE

_____

Write the full name of each plaintiff.

**25** No. **CV 3780**

(To be filled out by Clerk's Office)

-against-

OFFICEr  BIAKe  or  BUrKe
GReeN HAVEN CorrecTioN Al
FACiliTY   II TO 7ᴬᴹ SHifT

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No
If NESS ARY

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



RECEIVED
MAY 0 2 2025
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other:  SeXUAL  MiSCONDUCT / SeXUAL ASSAULT

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

SPENCER ____ T. ____ CRUMBSie

First Name          Middle Initial          Last Name

NONe

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

21 A 1212

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WeST CO. JAiL

Current Place of Detention

10 WOODS ROAD

Institutional Address

VALHALLA                N.Y.                10595

County, City          State          Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced prisoner

☒  Other:  PAROIe VioIATER

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

_Burke_
_BlAke_   _N/A_

First Name          Last Name              Shield #

_11 TO 7 AM SHIFT_

_CORRECTIONAL OFFICER_

Current Job Title (or other identifying information)

_GReeN HAVeN Corr FACility_

Current Work Address

_N.Y._

County, City              State              Zip Code

**Defendant 2:**

First Name          Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

**Defendant 3:**

First Name          Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

**Defendant 4:**

First Name          Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Green Haven Corr Fac G-Block 2 Tier 19 cell
ON AUDIO/VIDEO

Date(s) of occurrence: MARCH 2024, EVERYDAY except week ENDS

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

THIS officer Already HAS multiple "P.r.e.A. Complaints!!"
ON ABOUT All OF MARCH 2024. Officer BlAke/Burke
would STOP AT MY cell, AND ASk me TO let Him See MY
Private PArTS! I would SAY NO! THIS OFFICER TOOK iT
UPON HIS SElf TO ONE DAY iN MARCH I forgot THE DAY/Time." "11 TO 7 SHiFT
BUT He would ReACH iN MY cell TO grAB AT MY CloTHing
Im WeARing. BUT ONe PArTiculAr DAY, He WAS ABle TO
grAB MY Private PArTS WHEN I WAS PUTTing UP A CloTHes
line ON MY Cell BArs! I MADe A complAiT WiTH THe fAcili+y
SuperenTenDenT! BUT I WAS'NT HeArD ON THe complAiNT.
THAT NexT MONTH I CAlleD ALBANY HeAD OFFice TO forwArD
MY complAiNT, THEY Never goT BACk TO me! So I DeciDeD
TO File A 1983 ClAim TO Be NoTice ON MY complAiNT!
Hoping mAYBe I'll Be ~~toure~~ HeArDeD ON MY Civil complAiNT!

I WAS releAse in APriL 12, 2024, THAT
YeAr! A MONTH AFTer THe complAiNT!
HONEST RePorT
I AlSo HAS TWO Civil complAiNTJ AlreADY FileD
DiFFereNT RePorTS MeNTiON. NOTifY THe courT!
                                    NoTiFiNg ↗

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

NO iNJUries NONe

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Sexual misconduct #500K
ASSAUlT Sexual #500 K
meNTAL ANguiSH #100K

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.


Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4-28-2025.
Dated

Plaintiff's Signature

Spencer
First Name

T
Middle Initial

CRUMBSIE
Last Name

10 WOODS ROAD
Prison Address

VALHALLA
County, City

New York
State

10595
Zip Code


Date on which I am delivering this complaint to prison authorities for mailing:    4-28-2025

Page 6

S. CRUMBSiE P-9525
P.O BOX 10.
VAlHAllA NY. 10595

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
COURTHOUSE —— 500 PEARL STREET.
NEW YORK, N.Y. 10007



FOREVER / USA

WESTCHESTER NY 105
PM
28 APR
2025



PRO SE
OFFICE

RECEIVED
MAY 02 2025
PRO SE OFFICE