UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER T. CRUMBSIE,

                          Plaintiff,

               v.

OFFICER BLAKE OR BURKE,

                          Defendant.

No. 25-CV-3780 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Plaintiff Spencer T. Crumbsie ("Plaintiff"), who is proceeding pro se and in forma pauperis ("IFP"), filed this Action regarding events allegedly occurring during his incarceration at Green Haven Correctional Facility ("Green Haven") in March and April 2024. Plaintiff alleges that a corrections officer with the last name of Blake or Burke ("Defendant"), who worked the 11:00 p.m. to 7:00 a.m. shift in the "G Block 2 Tier," sexually harassed him in his cell, number 19, on an almost nightly basis. (Compl. at 4 (Dkt. No. 1).) By order dated August 5, 2025, the Court directed the United States Marshal Service ("USMS") to serve Defendant at Green Haven. (Dkt. No. 14.) However, USMS was unable to serve Defendant because the New York State Department of Corrections and Community Supervision ("DOCCS") was "unable to ascertain" Defendant's identity based on the information provided in the Complaint. (Dkt. No. 17 at 2.)

Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). However, a plaintiff ultimately "retains the obligation to provide the necessary information to name or identify the defendant and to serve him," *Carpio v. Luther*, No. 06-CV-857, 2009 WL 605300, at *1 (W.D.N.Y. Mar. 9, 2009); *see Valentin*, 121 F.3d at 76 (stating that a district court may, after appropriate inquiry,

determine "that the information available is insufficient to identify the defendant with enough specificity to permit service of process, so that dismissal of the complaint is warranted.").

The Court directs Plaintiff, within 30 days of the date of this Order, to provide any additional information that could help DOCCS identify Defendant, which may include a physical description of the individual he seeks to sue. Once Plaintiff responds to this Order, and should he provide sufficient additional information, the Court will issue a *Valentin* order directing DOCCS and the New York State Attorney General's Office to make another attempt at identifying the Defendant. If Plaintiff is unable to comply within the prescribed time, he should file a motion seeking an extension of time.

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist self-represented parties with civil cases in this court. Appointments can be scheduled by phone (212-382-4794), email (fedprosdny@nycbar.org), or by completing the online intake form (https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/). A flyer with details is attached.[1]

## CONCLUSION

The Court directs Plaintiff, within 30 days, to provide the Court with any additional information that could help identify Defendant.

---

[1] The CBJC is a private organization that is not part of the Court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the Court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 11, 2025
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 **Interpreting and explaining** federal law and procedure

 **Reviewing drafted pleadings** and correspondence with the Court

 Consulting on **discovery** matters

 Assisting with the **settlement** process (including **mediation**)


