①

TO: HON: KENNETH M. KARAS

FROM: S. CRUMBSIE P-9525
(CRUMBSIE V, OFFICER BIAKE OR
                                    BURKE

DOCKET NO: 25-CY-3780 (KMK)

GIVEN PERMISSION TO INFORM THE COURT

TO IDENTIFY THE DEFENDANT AND SERVE

THE DEFENDANT A SUMMONS! THIS DEFENDANT

HAS "ELUDED!" THE COURT FROM BEING

                          APPEAR
SERVE & ~~PROBATE~~ FOR COMPLAINT! THE

DEFENDANT ONCE LEARN OF MY RELEASE HE

TRANSFERRED TO ANOTHER FACILITY TO FIND

DEFENDANT IS TO HAVE GREEN HAVEN

CORR FACILITY REPORT TO THE COURT SUCH
                        ←MIDNIGHT SHIFT
AS "LOG BOOKS, FROM MARCH 2024 All OF

THAT MONTH & FEBUARY 2026. IDENTITY OF

                                    OVER →

②

DEFENDANT IS: 5FT 10 INCHES LIGHT~ SKINNED AFRICAN AMERICAN WEAR GLASSES AND ALWAYS HAVE STATE OFFICERS HAT ON! CARRY CLEAR BACK PACK, & WALKS VERY MUCH LIKE A FEMALE & APART OF "LGBTQ" COMMUNITY! AGE AT LEAST IN EARLY 30 TO MID 30'S. WEARS SIZE 10 TO 10½ SHOE AND HAS LOW CUT BUT NOTICABLE BEARD! HAS A FEMINE BUT NOT TO HEAVY VOICE! THAT'S ALL I CAN GIVE IN "IDENTITY"

TRULY S. CRUMBSIE P-9325

Pursuant to Valentin, the AG's office is to make every reasonable effort to identify the person described herein. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

6/15/26



S. CRUMBSIE P-9525
P.O BOX 10.
VALHALLA N.Y.
10595

PRO SE
OFFICE

WESTCHESTER NY 105

8 JUN 2026 PM 1

(U.S. DISTRICT JUDGE)

HON. KENNETH M. KARAS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURT HOUSE
500 PEARL STREET
NEW YORK N.Y.
10007

FOREVER / USA

USM SDNY

OFFICAL BUSINESS

10007-131699